**FILED**

JAN 3 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 12-00037 PJH (DMR) |
|---|---|
| Plaintiff, | ) |
| v. | ) DETENTION ORDER |
| ISRAEL LOPEZ VALDEZ, | ) |
| Defendant. | ) |

## I. DETENTION ORDER

Defendant Israel Lopez Valdez is charged in an indictment with illegal reentry into the United States following deportation in violation of 8 U.S.C. § 1326(a) and (b). On January 20, 2012, the United States moved for Mr. Valdez's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Defendant did not request a full bail study at this time. Pretrial Services did, however, prepare a criminal record report. At the January 31, 2012 hearing before this Court, Defendant waived the timing of his right to proffer information at a detention hearing, see 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to

DETENTION ORDER
CR 12-00037 PJH (DMR)             1

cc: Copy to parties via ECF, Nichole, Pretrial Svcs., 2 Certified copies to U.S. Marshal

present information by proffer or otherwise), and retained his right to raise any additional relevant information at a later hearing.  The Court notes that Defendant is subject to an immigration detainer issued by Immigration and Customs Enforcement ("ICE").

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Valdez as presenting a serious risk of flight and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case.  See 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Mr. Valdez due to a serious risk of flight.  Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 31, 2012

DONNA M. RYU
United States Magistrate Judge